**Form EDC6B3Bff    Order on Debtor(s)' Application for Waiver of the Chapter 7 Filing Fee** (v.8.14)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814

## ORDER ON DEBTOR(S)' APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

| In re<br>Lorena Avalos<br>Debtor(s). | Case Number<br>23–24622 – C – 7 |
|---|---|

After considering the debtor's **Application for Waiver**, the court orders that the application is:

[XX]  **GRANTED.**

However, the Court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted. Furthermore, in the event that assets are discovered, the Clerk of Court may collect the filing fee as an administrative expense in this case.

[ ]  ~~DENIED because:~~

[ ]  The debtor's income appears to exceed 150% of the U.S. Dept. of Health and Human Services' poverty guidelines.

[ ]  The application is incomplete and/or inconsistent with the schedules submitted.

[ ]  While the debtor's income is less than 150% of the U.S. Dept. of Health and Human Services' poverty guideline, according to the application the debtor has sufficient assets to pay the filing fee.

[ ]  The debtor has failed to file the schedules and statements required by 11 U.S.C. §521(a) within the time required by Fed. R. Bankr. P. 1007(c).

[ ]  The case has been dismissed.

[ ]  Other: _____
_____
_____
_____

[ ]  **The clerk's office shall issue an Order Approving Payment of Filing Fee in Installments.**

[ ]  ~~SCHEDULED FOR HEARING.~~

~~The clerk's office will schedule a hearing on the application to take place after the scheduled meeting of creditors and will transmit a Notice of Hearing to you, your attorney, the chapter 7 trustee, and the United States Trustee.~~

Dated: December 27, 2023

_____
United States Bankruptcy Judge