**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re:                                   )Case No. 23-24622-C-7
                                         )
LORENA AVALOS,                           )
                                         )
                      Debtor.            )
_____

**ORDER TO EXTEND TIME TO FILE CERTIFICATION**

**OF FINANCIAL MANAGEMENT**

The debtor filed a Motion for an extension of time to file
the Certification About A Financial Management Course form
(dkt. 38).  The motion indicates that the debtor is facing health
problems and is unable to complete the required financial
management course within the current deadline. Therefore,

**IT IS ORDERED** that the Motion is GRANTED and the requirement
to file a financial management certificate is hereby extended
through April 26, 2024.


Dated: March 29, 2024


_____
United States Bankruptcy Judge

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

　　　　The Clerk of Court is instructed to send the attached
document, via the BNC, to the following parties:

Lorena Avalos
1273 Oakbriar Cir
Roseville, CA 95747

Kimberly J. Husted
11230 Gold Express Dr #310-411
Gold River, CA 95670

Office of the United States Trustee
501 I Street, Room 7-500
Sacramento CA 95814