United States Bankruptcy Court
Eastern District of California

In re:     Case No. 23-24622-C
Lorena Avalos     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: auto     Page 1 of 1
Date Rcvd: Apr 15, 2024     Form ID: L18     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lorena Avalos, 1273 Oakbriar Cir, Roseville, CA 95747-9661 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2024     Signature:     /s/Gustava Winters

| | |
|---|---|
| FORM L18 Notice of Entry of Order in a Bankruptcy Case (v.9.14) | 23–24622 – C – 7 |



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:** 23–24622 – C – 7

Debtor Name(s), Social Security Number(s), and Address(es):

Lorena Avalos
xxx–xx–5125

1273 Oakbriar Cir
Roseville, CA 95747

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on April 15, 2024 . The document number and docket text for this order are set forth below.

**[45] – Order Granting 43 Motion/Application to Waive Filing Fee. (isaf)**

Dated:
4/15/24

For the Court,
Wayne Blackwelder , Clerk