Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor | LORENA AVALOS | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of California ☑

Case number   23-24622 - C - 7
(If known)



FILED

APR 2 4 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

☑ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.**

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **LAWRENCE T. RING** | |
| | Name  LAW OFFICE OF LARRY T RING | RENT |
| | Number  Street | 1273 Oakbriar Circle |
| | 12150 HERDAL DRIVE | Roseville, CA 95757 |
| | City  AUBURN    State CA  ZIP Code 95603 | |
| 2.2 | Mark Domeyer, SBN 135008 | |
| | Name  MCCALLA Raymer Leibert Pierce LLP | RENT |
| | Number  Street 301 E. Ocean Boulevard, Suite 1720 | 1875 VENTURA DRIVE |
| | Long Beach, CA 90802 | PITTSBURG, CA 94575 |
| | City         State    ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number  Street | |
| | City         State    ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number  Street | |
| | City         State    ZIP Code | |
| 2.5 | | |
| | Name | |
| | Number  Street | |
| | City         State    ZIP Code | |