LORENA AVALOS
1273 Oakbriar Circle
Roseville, CA Placer
916-501-5516

Debtor Pro Se

```
FILED
APR 24 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re: Lorena Avalos                 Case No.: 23-24622 - C - 7

_____**Debtor(s)**_____/

## AMENDED VERIFICATION AND MASTER ADDRESS LIST

    I declare that the attached Creditor Mailing Matrix is the Master Address List, consisting of one sheet, contains the correct, amended/complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.
    I declare (or certify, verify, or state), under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

DATED: April 22, 2024

_____
Lorena Avalos, In Pro Per Debtor

# MASTER ADDRESS LIST

Capital One
Attn: General Correspondence
P.O. Box 30285
Salt Lake City, UT 84130-0287

Schools First Federal Credit Union
P.O. Box 11547
Santa Ana, CA 92711

WebBank/Avant
222 W Merchandise Mart Plaza Suite 900
Chicago, IL 60654

Mission Lane Tab Bank
Legal Department
P.O. Box 105286 SW #1340
Atlanta, GA 30348

Credit One Bank
P.O Box 98872
Las Vegas, NV 89193

First National Credit CA
500 East 60th Street North
Sioux Falls, ND 57104

The Bank of Missouri - T
P.O. Box 85710
Sioux Falls, ND 57118

TBOM/ASPIRE
P.O. Box 105555 SW #1340
Atlanta, GA 30348

I C System
P.O. Box 64378
Saint Paul, MN 55164

Travis Credit Union
1 Travis Way
Vacaville, CA 95687

MOHELA/DEPT OF ED
633 Spirit Drive
Chesterfield, MO 63005

National Credit Adjusters
P.O. Box 550 327 West Fourth Street
Hutchinson, KS 67504

PCSCollections
P.O. Box 150 460 Union ave Suite C
Fairfield, CA 94533

Kickoff Lending LLC
75 Broadway Ste 226
San Francisco, CA 94111

ACIMA Digital FKA SIMP
13907 Minuteman Drive 5th floor
Draper, UT 84020

Transform Credit INC
1440 West Taylor Street #431
Chicago, IL 60607

Jefferson Capital Systems
200 14th Ave E
Sartell, MN 65377

LVNV Funding LLC
55 Beattie Place
Greenville, SC 29601

LAWRENCE T RING
Law Office of Larry T Ring
12150 Herdal Dr
Auburn, CA 95603

Reno Golez
1875 Ventura Drive
Pittsburg, CA 94575

Free Minds Society
1875 Ventura Drive
Pittsburg, CA 94575

Mark Domeyer, SBN 135008
MCCALLA Raymer Leibert Pierce LLP
301 E. Ocean Boulevard, Suite 1720
Long Beach, CA 90802