FORM L18 Notice of Entry of Order in a Bankruptcy Case  (v.9.14)     23–24622 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## NOTICE OF ENTRY OF ORDER IN A BANKRUPTCY CASE

**Case Number:**    23–24622 – C – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Lorena Avalos
xxx–xx–5125

1273 Oakbriar Cir
Roseville, CA 95747

**NOTICE IS HEREBY GIVEN THAT:**

An order was entered on the docket in this case on April 26, 2024 . The document number and docket text for this order are set forth below.

    **[61] – Order Granting 58 Motion/Application to Waive Filing Fee. (isaf)**

Dated:
4/26/24

For the Court,
Wayne Blackwelder , Clerk