**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTES**

---

**Case Title:** Lorena Avalos　　　**Case No.:** 23-24622 - C - 7

**Docket Control No.** DWE-2

**Date:** 08/21/2024

**Time:** 10:00 AM

**Matter:** [78] - Motion for Relief from Automatic Stay [DWE-2] Filed by Creditor Carrington Mortgage Services LLC (Fee Paid $199) (eFilingID: 7374391) (mgrs)

**Judge: Christopher M. Klein**
**Courtroom Deputy: Lindsey Peratis**
**Reporter: Electronic Record**
**Department: C**

---

**APPEARANCES for:**
**Movant(s):**
(by zoom) Creditor's Attorney - Dane W. Exnowski
**Respondent(s):**
(by zoom) Debtor - Lorena Avalos

---

**CIVIL MINUTES**

Motion Granted; automatic stay annulled retroactively to December 26, 2023.

Findings of fact and conclusions of law stated orally on the record

　　**The court will issue an order.**